IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSEPH SMITH, Individually and on**                              **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                    No. 4:22-cv-389-KGB

**THE BRIDGEWAY, LLC**                                             **DEFENDANT**

## **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Joseph Smith and Defendant The Bridgeway, LLC, hereby stipulate to the dismissal of this action without prejudice, with each side to bear its own fees and costs. No arbitration proceedings have been initiated at this time.

Respectfully submitted,

**JOSEPH SMITH, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **DEFENDANT THE BRIDGEWAY, LLC**

Friday, Eldredge & Clark, LLP
200 Regions Center
400 West Capitol Avenue
Little Rock, AR 72201-3493
Telephone: (501) 370-1571
Facsimile: (501) 244-5382

*/s/Khayyam M. Eddings*
Khayyam Eddings
Ark. Bar No. 2002008
keddings@fridayfirm.com

Mark Cameron
Ark. Bar No. 2021193
mcameron@fridayfirm.com