IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSEPH SMITH, individually and
on behalf of all others similarly situated**                                                     **PLAINTIFF**

v.                              Case No. 4:22-cv-00389-KGB

**BRIDGEWAY LLC.**                                                                              **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 13). The parties stipulate to the dismissal without prejudice of plaintiff Joseph Smith's complaint against defendant Bridgeway LLC. As the stipulation accords with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court adopts the stipulation and dismisses without prejudice Mr. Smith's complaint. Per the terms of the stipulation, each side will bear its own fees and costs (*Id.*).[1]

It is so ordered this 7th day of August, 2023.

_____
Kristine G. Baker
United States District Judge

---

[1] Though settlement agreements resolving Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, claims are typically subject to court approval, this action does not purport to settle a claim on behalf of a collective. For this reason, the Court does not conduct a settlement approval analysis. *See generally Dillworth v. Case Farms Processing, Inc.*, Case No. 5:08-cv-1694, 2010 WL 776933 at *2 (N.D. Ohio Mar. 8, 2010) (citing 29 U.S.C. §216(b)); *see also Int'l Union, United Auto., Aerospace, & Agric. Implement Workers of Am. v. Gen. Motors Corp.*, 497 F.3d 615, 631 (6th Cir. 2007).